UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CALVIN WALKER;5752 A. Drake Court, Alexandria, VA 22311
LUISA  YANELA  DE JESUS  AGUILON;105 Zona 4 Colonia Manuel De Jesus, Retalhuleu, Guatemala
ANTONIO  De JESUS  AGUILON WILBER;105 Zona 4 Colonia Manuel De Jesus, Retalhuleu, Gatemala
    Plaintiffs/Petitioners,

vs                                                                              CIVIL ACTION NO.

MICHAEL CHERTOFF,  Secretary
of the Department of Homeland Security;
PAUL E. NOVAK, JR.,Regional Service
Center Director for the Vermont Service Center
or Acting Center Director and
ALBERTO GONZALEZ, Attorney General
of the United States

    Defendants//Respondents.

**COMPLAINT  FOR  DECLARATORY
AND  INJUNCTIVE  RELIEF**

<u>Introduction</u>

    The Plaintiffs, by and through undersigned counsel, hereby petition this Court for declaratory and injunctive relief because the Board of Immigration Appeals (BIA) denied an I-130 Immigrant Petitions for Relatives, and thereby abdicated the statutory duty of Defendants under the Immigration and Nationality Act, as amended (Act), thwarted congressional

intent, and caused irreparable harm to the intended beneficiaries of the law and their families..

Jurisdiction and Venue

1.     Jurisdiction is proper under 8 U.S.C. sec. 1329, 28 U.S.C. sec. 1331 and the Administrative Procedure Act, 5 U.S.C. sec. 702 and sec. 704. This court may also grant relief pursuant to the Declaratory Judgement Act, 28 U.S.C. sec 2201 et seq. , and the All Writs, Act, 28 U.S.C. sec. 165.

2.     An actual controversy exists between the parties as to their rights and duties.  All administrative remedies have been exhausted.

3.     Venue is proper because Defendants reside in Washington, DC and Vermont while Plaintiffs reside in Alexandria, Virginia and the nation of Guatemala .

Parties

4.   Plaintiff Calvin Walker is an United States Citizen born in the United States in the state of Georgia.  He is currently very ill and is hospitalized in the Commonwealth of Virginia.

5.   Plaintiff Luisa Yanela De Jesus Aguilon is the step-daughter of Calvin Walker.  She is minor and lives in Guatemala.

6.     Plaintiff Antonio D. Aguilon Wilber is the step-son of Calvin Walker. He is a minor  and lives in Guatemala.

7.Defendant Michael Chertoff is Secretary of the Department of Homeland Security whose office is located in Washington, D.C. In that position he is charged with responsibility for the administration and enforcement of the Act. He is sued in his official capacity.

8.Defendant Paul E. Novak, Jr. or in the alternative an Acting Director is Regional Service Center District Director for the Vermont Service Center of the U. S. Citizenship and Immigration Services which is located in St. Albans, Vermont. He is sued in his official capacity.

9.Defendant Alberto Gonzalez is Attorney General of the United States. His office is located in Washington, D.C. He is charged with overall responsibility for the administration and enforcement of the Act. He is sued in his official capacity.

Factual Allegations

10..On April 23, 2001 Calvin Walker filed an I-130 Immigrant Petition for Relative, Fiancé or Orphan.[1] This petition was for his wife, Marveny Aguilon Ponce. .

---

[1] Generally, when a United States citizen marries an alien, the citizen can file a Form I-130 application to have a spouse classified as an immediate relative. 8 U.S.C. sec. 1154 (establishing petitioning procedure) and sec. 1151 (b)(2)(A)(i) (defining immediate relative to include citizen's spouse). Once classified as such, the alien may then apply under a separate procedure for an adjustment of immigration status, to change the alien's status to that of lawful permanent resident, as authorized by sec. 1255(a).

11. On August 6, 2002 this I-130 petition was denied by the Regional Service Center (RSC). On January 8, 2004 the Bureau of Immigration Appeals (BIA) vacated the decision of the RSC and remanded the matter to the RSC for further consideration and entry of a new decision.

12. The RSC granted the I-130 petition for Mr. Calvin Walker wife on February 9, 2004.

13. Plaintiff, Calvin Walker, was born in a house in Gainesville, Georgia. His birth was never recorded.

14. Calvin Walker married Marveny Aguilon Ponce March 8, 2001 and obtained an I-130 petition for his wife in 2004 as described in Paragraph 12.

15. On April 25, 2005 Calvin Walker filed an I-130 petition for his step-children, plaintiffs Luisa Yanela De Jesus Aguilon and Antonio De Jesus Aguilon Wilber.

16. The afore mentioned petitions for Mr. Calvin Walker's step children were denied by the RSC director on July 29, 2005 on the ground that Calvin Walker did not establish that he was a citizen of the United States.

17. There was no formal hearing in this matter. The decision was based on the documents presented by Calvin Walker.

18. On or about August 25, 2005 a timely appeal was filed with the BIA regarding the denials of the aforementioned I-130 petitions filed on behalf of Calvin Walker's step children.

19. On February 3, 2006 the BIA affirmed the RSC decision on the ground that Calvin Walker failed to submit appropriate evidence that he is a citizen of the United States. This Complaint challenges that action.

20. In support of his I-130 petition Calvin Walker presented all the evidence which he could obtain to the RSC and the BIA.

21. Calvin Walker's evidence included a letter from the Department of Veterans Affairs stating that he is a United States citizen and an honorably discharged veteran of the United States Navy.

22. The BIA itself recognized that Calvin Walker is a citizen when it granted his I-130 petition for his wife which is describe in paragraphs 10 through 12 above.

## CAUSE OF ACTION

23. The allegations contained in paragraphs 1 through 22 above are repeated and realleged as though fully set forth here.

24. Under the Fourteenth Amendment "all persons born or naturalized in the United States ...are citizens of the United States".

25. Under the Administrative Procedure Act, 5, U.S.C. sec. 706 (2) (A) an agency decision will be set aside if it is arbitrary, capricious, abuse of discretion, or otherwise not in accordance with the law.

26. The inconsistent decisions of the agency regarding Calvin Walker's I-130 petitions demonstrate that the agency was arbitrary, capricious, abused its discretion and failed to act in accordance with law.

27. The Due Process Clause of the Fifth Amendment provides that "[n]o person shall be . . .deprived of life, liberty or property without due process of law." U.S. Const. Amend V. Citizenship is at the core of liberty interest. The denial of such a fundamental right is being used to prevent the unity of Calvin Walker with his step-children and strikes at the heart of a liberty interest.

28. Calvin Walker has a fundamental liberty interest in retaining his citizenship and being able to use that citizenship to petition for his own immediate family members.

PRAYER FOR RELIEF

WHEREFORE, Plaintiffs/Petitioners pray that this Court grant the following relief:

(1) Issue an Order that the cases be remanded for entry of a new decision based upon the fact that plaintiff, Calvin Walker, is a citizen of the United States;

(2) In the alternative issue an Order declaring Calvin Walker to be a citizen of the United States and remand the cases for further action on his I-130 petitions for his step children;

(3) Issue an order declaring that the denial of the petitioner's I-130 petitions on the grounds that he is not a citizen of the United States is contrary to law and unconstitutional;

(4) Award plaintiffs their reasonable costs and attorney fees; and

(5) Grant any other and further relief that this Court may deem fit and proper.

                                                    Respectfully submitted,

                                                    Donald L. Schlemmer
                                                    D.C. Bar No 414582.
                                                    805 Fifteenth Street, N.W. Suite 100,
                                                    Washington, D.C. 20005
                                                    202-842-1518
                                                    Attorney for Plaintiffs/Petitioners