UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CALVIN WALKER, <u>et al.</u>, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MICHAEL CHERTOFF, <u>et al.</u>, ) <br> ) <br> Defendants. ) <br> ) | Case No: 06-CV-0378 (PLF) <br><br> ECF |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney John C. Truong as counsel of record for Defendant.

Dated: April 6, 2006            Respectfully submitted,


                                /s/
                                John C. Truong, D.C. Bar # 465901
                                Assistant United States Attorney
                                Judiciary Center Building
                                555 Fourth Street, N.W.
                                Washington, D.C. 20530
                                (202) 307-0406
                                (202) 514-8780 (fax)
                                John.Truong@usdoj.gov