UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CALVIN WALKER, | ) |
| Plaintiff, | ) Civ. No.: 06-0378 (RWR) |
| v. | ) ECF |
| MICHAEL CHERTNOFF, ET AL., | ) |
| Defendants. | ) |

**DEFENDANT'S CONSENT MOTION FOR
A 90-DAY STAY OF PROCEEDINGS**

Pursuant to Fed. R Civ. P. 7, Defendants respectfully request that the Court grant a 90 day stay of proceedings for the parties to resolve this matter. Defendants' response to Plaintiff Calvin Walker's Complaint is due on May 8, 2006. Pursuant to Local 7(m), the parties confer and Plaintiff's counsel (Mr. Donald Schlemer) consented to this Motion.

There is good cause to grant this Motion. Mr. Walker filed this case under the Administrative Procedure Act alleging that Defendants improperly denied his Immigrant Petition for Alien Relatives (a/k/a I-130 Petition). Compl. at ¶ 1. Mr. Walker filed an I-130 petition on behalf of his two step-children to immigrate into the United States. Compl. at ¶ 15. However, Defendants denied that petition because Mr. Walker failed to establish that he is a United States citizen. Mr. Walker claims that he presented proper documentation to Defendants showing that he is a United States citizens. Compl. at ¶ 20-22.

The parties informally conferred to find a resolution for this case. Mr. Walker has agreed to search for and submit additional documentation to establish that he is a United States citizen.

1

Once Mr. Walker submits evidence to Defendants confirming that he is in fact a U.S. citizen, then this case may become moot. However, Mr. Walker is currently ill and is hospitalized in the Commonwealth of Virginia. Compl. at ¶ 4. Counsel for Mr. Walker indicates that – given Mr. Walker's health – it may take some time for Mr. Walker to gather the necessary evidence to establish his citizenship. Under these circumstances, the Court's granting a 90-day stay would avoid needless litigation, advance judicial economy, and conserve the parties' resources because if Mr. Walker produces additional evidence – during the 90-day stay – to establish his U.S. citizenship, then this case can be resolved informally.

For the foregoing reasons, Defendants respectfully request that the Court grant the consent Motion for a 90-day stay for the parties to resolve this matter. If the parties cannot resolve this case at the end of the 90-day stay period, Defendants' counsel will notify the Court and will also propose a schedule that governs the litigation of this case.


Dated: May 5, 2006.                                  Respectfully Submitted,


    /s/   Kenneth L. Wainstein
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney



    /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

  /s/ John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CALVIN WALKER, | ) |
| Plaintiff, | ) Civ. No.: 06-0378 (RWR)) |
| v. | ) ECF |
| MICHAEL CHERTNOFF, ET AL., | ) |
| Defendants. | ) |

**ORDER GRANTING DEFENDANTS' CONSENT MOTION FOR
A 90-DAY STAY OF PROCEEDINGS**

Upon consideration of Defendants' Motion for a 90-day Stay of Proceedings and the entire record herein, it is this _____ day of _____, 2006,

ORDERED that Defendants' Motion for a 90-day Stay of Proceedings be and is hereby GRANTED; it is

ORDERED that the above-captioned action be and is hereby STAYED until August 8, 2006; and it is

FURTHER ORDERED that Defendants shall notify the Court on or before August 8, 2006, on the status of this case and shall propose a schedule for this case, if it has not been resolved.

SO ORDERED

_____
U.S. District Judge