UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CALVIN WALKER, | ) |
| | ) |
| Plaintiff, | ) Civ. No.: 06-0378 (RWR)) |
| | ) |
| v. | ) ECF |
| | ) |
| MICHAEL CHERTNOFF, ET AL., | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING DEFENDANTS' CONSENT MOTION FOR
A 90-DAY STAY OF PROCEEDINGS**

Upon consideration of Defendants' Motion for a 90-day Stay of Proceedings and the entire record herein, it is this __10th__ day of __May__, 2006,

ORDERED that Defendants' Motion for a 90-day Stay of Proceedings be and is hereby GRANTED; it is

ORDERED that the above-captioned action be and is hereby STAYED *and administratively closed* until August 8, 2006; and it is

FURTHER ORDERED that Defendants shall notify the Court on or before August 8, 2006, on the status of this case and shall propose a schedule for this case, if it has not been resolved.

SO ORDERED

/s/
———————————————
U.S. District Judge