UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CALVIN WALKER, | ) | |
| | ) | |
| Plaintiff, | ) | Civ. No.: 06-0378 (RWR) |
| | ) | |
| v. | ) | ECF |
| | ) | |
| MICHAEL CHERTNOFF, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' CONSENT MOTION FOR
A CONTINUANCE OF THE STAY OF PROCEEDINGS**

Pursuant to Fed. R Civ. P. 7, Defendants respectfully request that the Court continue the stay of proceedings for the parties to resolve this matter informally. On May 11, 2006, the Court granted Defendant's Consent Motion for a 90-day Stay of Proceedings for the parties to resolve this case informally and that order expired on August 8, 2006.[1] Pursuant to Local 7(m), the parties conferred and Plaintiff's counsel (Mr. Donald Schlemer) consented to this Motion.

There is good cause to grant this Motion. As explained in Defendants' Motion to Stay Proceedings, Mr. Walker filed this case under the Administrative Procedure Act alleging that Defendants improperly denied his Immigrant Petition for Alien Relatives (a/k/a I-130 Petition). Compl. at ¶ 1. Mr. Walker filed an I-130 petition on behalf of his two step-children to immigrate into the United States. Compl. at ¶ 15. However, Defendants denied that petition because Mr. Walker failed to establish that he is a United States citizen. Mr. Walker claims that he presented

---

[1] The undersigned inadvertently miscalendared the end of the stay as August 11, 2006.

proper documentation to Defendants showing that he is a United States citizens. Compl. at ¶ 20-22.

The parties informally conferred to find a resolution for this case. Mr. Walker submitted additional documentation to establish that he is a United States citizen. Defendants have been reviewing those documents and now have additional questions for Mr. Walker to clarify the submitted information. However, this process may take some time as Mr. Walker is currently hospitalized in the Commonwealth of Virginia. Under these circumstances, the Court should continue the stay for another 30 days so that the parties could attempt to resolve this case without any further litigation.

For the foregoing reasons, Defendants respectfully request that the Court continue the stay of proceedings for the parties to resolve this matter informally.

Dated: August 10, 2006.                                  Respectfully Submitted,


   /s/   Kenneth L. Wainstein
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney


   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0406

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                                   )
CALVIN WALKER,                     )
                                   )
       Plaintiff,                  )      Civ. No.: 06-0378 (RWR))
                                   )
    v.                             )      ECF
                                   )
MICHAEL CHERTNOFF, ET AL.,         )
                                   )
       Defendants.                 )
_____)
```

**ORDER GRANTING DEFENDANT'S CONSENT MOTION FOR
A CONTINUANCE OF THE STAY OF PROCEEDINGS**

Upon consideration of Defendants' Consent Motion for a Continuance of the Stay of Proceedings and the entire record herein, it is this _____ day of _____, 2006,

ORDERED that Defendants' Consent Motion for a Continuance of the Stay of Proceedings be and is hereby GRANTED; it is

ORDERED that the above-captioned action be and is hereby further STAYED until September 8, 2006; and it is

FURTHER ORDERED that Defendants shall notify the Court on or before September 8, 2006, on the status of this case.

SO ORDERED

_____
U.S. District Judge