UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CALVIN WALKER, )
)
Plaintiff, )   Civ. No.: 06-0378 (RWR))
)
v. )   ECF
)
MICHAEL CHERTOFF, ET AL., )
)
Defendants. )
)

FILED
AUG 31 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER GRANTING DEFENDANT'S CONSENT MOTION FOR
A CONTINUANCE OF THE STAY OF PROCEEDINGS**

Upon consideration of Defendants' Consent Motion for a Continuance of the Stay of Proceedings and the entire record herein, it is this 25th day of August 2006,

ORDERED that Defendants' Consent Motion for a Continuance of the Stay of Proceedings be and is hereby GRANTED; it is

ORDERED that the above-captioned action be and is hereby further STAYED until September 8, 2006; and it is

FURTHER ORDERED that Defendants shall notify the Court on or before September 8, 2006, on the status of this case.

SO ORDERED

_____
U.S. District Judge