UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CALVIN WALKER, | ) | |
| | ) | |
| Plaintiff, | ) | Civ. No.: 06-0378 (RWR) |
| | ) | |
| v. | ) | ECF |
| | ) | |
| MICHAEL CHERTNOFF, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' STATUS REPORT AND CONSENT MOTION FOR
A CONTINUANCE OF THE STAY OF PROCEEDINGS**

**I.    Status Report of the Case**.

Mr. Calvin Walker filed this case under the Administrative Procedure Act alleging that Defendants improperly denied his Immigrant Petition for Alien Relatives (a/k/a I-130 Petition). Compl. at ¶ 1.  Mr. Walker filed an I-130 petition on behalf of his two step-children to immigrate into the United States.  Compl. at ¶ 15.  However, Defendants denied that petition because Mr. Walker failed to establish that he is a United States citizen.  Mr. Walker claims that he presented proper documentation to Defendants showing that he is a United States citizen.  Compl. at ¶ 20-22.

On August 31, 2006, the Court granted Defendant's Consent Motion for a Continuance of the Stay of Proceedings until September 8, 2006, for the parties to resolve this case.  See Aug. 31, 2006 Order (Dkt. No. 6).  In that same order, the Court requires that Defendant provide a status report of the case by September 8, 2006.

1

The status of the case is as follows:

Mr. Walker's counsel submitted some documentation to establish that he is a United States citizen. Defendants reviewed those documents and had additional questions for Mr. Walker to clarify the submitted information. Thereafter, parties conferred on Mr. Walker's submitted documents and Defendants identified for Mr. Walker the specific information that Defendants need from him to demonstrate that he is in fact a United States citizen. Mr. Walker has agreed to provide the requested information. The parties believe that after Mr. Walker supplements his documentation and provides the requested information, this case may be resolved informally.

## II.     Continuance of the Stay of Proceedings

Given the fact that the parties are cooperating to resolve this case informally, the Court should continue the stay of proceedings for another 45 days. The requested length of the stay takes into consideration the fact that Mr. Walker is currently ill. His health condition may prevent him from promptly providing the needed documents. Pursuant to Local Rule 7(m), the parties confer on this request for a continuance of the stay and Mr. Walker's counsel consented to the motion.

Dated:  September 8, 2006.                    Respectfully Submitted,

                                               /s/   Kenneth L. Wainstein
                                              KENNETH L. WAINSTEIN, D.C. BAR #451058
                                              United States Attorney

                                               /s/   Rudolph Contreras
                                              RUDOLPH CONTRERAS, D.C. BAR #434122
                                              Assistant United States Attorney

    /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                )
CALVIN WALKER,                  )
                                )
    Plaintiff,                  )     Civ. No.: 06-0378 (RWR))
                                )
    v.                          )     ECF
                                )
MICHAEL CHERTNOFF, ET AL.,      )
                                )
    Defendants.                 )
_____)

**ORDER GRANTING DEFENDANT'S CONSENT MOTION FOR
A CONTINUANCE OF THE STAY OF PROCEEDINGS**

Upon consideration of Defendants' Consent Motion for a Continuance of the Stay of Proceedings and the entire record herein, it is this _____ day of _____, 2006,

ORDERED that Defendants' Consent Motion for a Continuance of the Stay of Proceedings be and is hereby GRANTED; it is

ORDERED that the above-captioned action be and is hereby further STAYED until October 23, 2006; and it is

FURTHER ORDERED that Defendants shall notify the Court on or before October 23, 2006, on the status of this case.

SO ORDERED

_____
U.S. District Judge