## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

|  |  |  |
|---|---|---|
| CALVIN WALKER, | ) | |
| | ) | |
| Plaintiff, | ) | Civ. No.: 06-0378 (RWR) |
| | ) | |
| v. | ) | ECF |
| | ) | |
| MICHAEL CHERTNOFF, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

_____)

### DEFENDANTS' CONSENT MOTION FOR
### A CONTINUANCE OF THE STAY OF PROCEEDINGS

Pursuant to Fed. R. Civ. P. 6(b), Defendants respectfully request that the Court continue the stay of proceedings for the parties to finalize their settlement agreement. The order staying all proceedings expires today October 23, 2006. Pursuant to Local Rule 7(m), counsel for the parties conferred and Plaintiff's counsel consented to this Motion.

There is good cause for the Court to continue the stay of proceedings in this case. Plaintiff filed an Immigrant Petition for Alien Relatives (a/k/a I-130 Petition) on behalf of his two step-children to immigrate into the United States. Compl. at ¶ 15. Defendants, however, denied that petition because Plaintiff failed to establish that he is a United States citizen. Plaintiff sued under the Administrative Procedure Act to set aside Defendant's decision.

On September 20, 2006, the Court stayed this case for an additional 45 days for the parties to resolve this case informally. See Sept. 20, 2006 Minute Order. Soon thereafter, Plaintiff's counsel submitted additional documentation showing that Plaintiff is in fact a U.S. citizen. Given these additional documents, the parties have agreed in principle to settle the

above-captioned action.  The parties intended to finalize the terms of the settlement agreement

by the end of the stay period; however, the undersigned did not receive input from the agency

until today.  Defendants anticipate providing Plaintiff with a revised settlement agreement this

week and anticipate that the parties produce a final settlement agreement in the next 30 days.

Accordingly, given the fact that the parties have settled this case principle, the Court

should continue the stay of proceedings for another 30 days for the parties to finalize the terms

of the settlement agreement.


Dated:  October 23, 2006.                  Respectfully Submitted,


                                           _ /s/  Jeffrey A. Taylor_____
                                           JEFFREY A. TAYLOR, D.C. BAR # 498610
                                           United States Attorney


                                           _ /s/   Rudolph Contreras_____
                                           RUDOLPH CONTRERAS, D.C. BAR #434122
                                           Assistant United States Attorney


                                           ___/s/   John C. Truong_____
                                           JOHN C. TRUONG, D.C. BAR #465901
                                           Assistant United States Attorney
                                           555 Fourth Street, N.W.
                                           Washington, D.C.  20530
                                           (202) 307-0406


                                           Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____ )
CALVIN WALKER,                         )
                                       )
    Plaintiff,                     )    Civ. No.: 06-0378 (RWR))
                                       )
    v.                             )    ECF
                                       )
MICHAEL CHERTNOFF, ET AL.,             )
                                       )
    Defendants.                    )
_____ )

## ORDER GRANTING DEFENDANT'S CONSENT MOTION FOR
## A CONTINUANCE OF THE STAY OF PROCEEDINGS

Upon consideration of Defendants' Consent Motion for a Continuance of the Stay of Proceedings and the entire record herein, it is this _____ day of _____, 2006,

ORDERED that Defendants' Consent Motion for a Continuance of the Stay of Proceedings be and is hereby GRANTED; it is

ORDERED that the above-captioned action be and is hereby further STAYED until Novenmber 23, 2006; and it is

FURTHER ORDERED that Defendants shall notify the Court on or before November 23, 2006, on the status of this case.

SO ORDERED

_____
U.S. District Judge