UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CALVIN WALKER, ) | |
| ) | |
| Plaintiff, ) | Civ. No.: 06-0378 (RWR) |
| ) | |
| v. ) | ECF |
| ) | |
| MICHAEL CHERTNOFF, ET AL., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL
## OF ALL CLAIMS AGAINST THE UNITED STATES

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), plaintiff hereby dismisses all claims against the United States of America raised in the above-captioned case, with prejudice, with each party to bear its own costs and fees.

For Plaintiff:

*Donald L. Schlemmer*
Donald Schlemmer, D.C. Bar #414582
805 Fifteen Street, N.W.
Ste. 100
Washington, D.C. 20005

For Defendant:

*Jeffrey A. Taylor*
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/ *Rudolph Contreras*
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/ *John G. Truong*
JOHN G. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 307-0406
Attorneys for Defendant